UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00097 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KEVIN MURRY, | ) | |
| Defendant | ) | |

FILED
WILLIAMSPORT

MAR 15 2022

PER _____ CAW
DEPUTY CLERK

## WAIVER OF RIGHTS AND CONSENT TO PROCEED VIA VIDEO CONFERENCE

I, Kevin Murry, the above-named defendant, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and Federal Rules of Criminal Procedure 5, 11, and 43 and consent to proceed by video conference in this Initial Appearance/Arraignment on Indictment.

Executed this 15th day of March 2022.

_____
Kevin Murry, Defendant

_____
Counsel for Defendant

Date: March 15, 2022

BY THE COURT

_____
William I. Arbuckle
U.S. Magistrate Judge

Page 1 of 1