UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-CR-00097 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KEVIN MURRY, | ) | |
| Defendant | ) | |

FILED
WILLIAMSPORT

MAR 15 2022

PER _CKW_
DEPUTY CLERK

**PLEA**

AND NOW, this 15th day of March 2022, the within named defendant, hereby enters a plea of ___Not Guilty___ to the within Indictment.

___E for Kevin Murry___
(Defendant's Signature)

___E___
(Defense Counsel)

Page 1 of 1